UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JERMAINE LAMAR BRINSON,
    Plaintiff,

v.                                                    Case No. 3:24-cv-90-HES-PDB

BURNSVILLE POLICE
DEPARTMENT ETC.,
    Defendants.
_____/

## ORDER

This case is before this Court following a show cause order issued by the assigned United States Magistrate Judge requiring Plaintiff to show cause why the action should not be dismissed for improper venue and lack of personal jurisdiction. (Dkt. 3.) Plaintiff filed a Response on April 9, 2024. (Dkt. 6.) On April 25, 2024, the Magistrate Judge issued a Report and Recommendation (Dkt. 7) recommending this action be dismissed without prejudice for Plaintiff's failure to show cause why venue is proper in the Middle District of Florida. To date, no objections to the Report have been filed, and the time for doing so has passed. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the Report and Recommendation in full.

Accordingly, it is **ORDERED**:

1. The Report and Recommendation of the Magistrate Judge (Dkt. 7) is **ADOPTED** as the opinion of this Court;

2. The case is **DISMISSED without prejudice**; and

3. The Clerk shall terminate any pending motions or deadlines and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of May 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Jermaine Lamar Brinson, *pro se*